IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOMINEQUE HAKIM MARCELLE RAY, | No. 2:19-cv-00088-WKW-CSC |
| Plaintiff, | |
| v. | **CAPITAL CASE** |
| JEFFERSON DUNN, Commissioner, Alabama Department of Corrections, | **EXECUTION SET FOR FEBRUARY 7, 2019** |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Domineque Hakim Marcelle Ray, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order denying a stay and dismissing part of his complaint entered in this action on February 1, 2019.

Respectfully submitted this 1st day of February, 2019.

      /s/ **Spencer J. Hahn**
SPENCER J. HAHN
OREGON BAR NO. 043027
**/s/ John Anthony Palombi**
JOHN ANTHONY PALOMBI
KENTUCKY BAR NO. 86784
ASSISTANT FEDERAL DEFENDERS
FEDERAL DEFENDERS FOR THE
  MIDDLE DISTRICT OF ALABAMA
817 SOUTH COURT STREET
MONTGOMERY, ALABAMA 36104
(334) 834-2099

1

>Spencer_Hahn@fd.org
>John_Palombi@fd.org
>
>*Counsel for Mr. Ray*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

>/s/ Spencer J. Hahn