IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DOMINEQUE HAKIM MARCELLE RAY, | |
|---|---|
| Plaintiff, | No. 2:19-cv-00088-WKW-CSC |
| v. | **CAPITAL CASE** |
| JEFFERSON DUNN, Commissioner, Alabama Department of Corrections, | **EXECUTION SET FOR FEBRUARY 7, 2019** |
| Defendant. | |

# EMERGENCY MOTION FOR INJUNCTIVE RELIEF (ACCESS TO A Q'URAN WHILE IN THE DEATH WATCH CELL)[1]

Domineque Hakim Marcelle Ray is set to be executed tomorrow at 6 p.m. CST. Although the Eleventh Circuit has issued a stay, Commissioner Dunn has filed an Emergency Motion and Application to Vacate Stay of Execution, which is pending before the Supreme Court. In the meantime, Commissioner Dunn and the Alabama Department of Corrections are proceeding on the assumption that the execution will occur as scheduled. That includes keeping Mr. Ray in the death watch cell steps adjacent to the execution chamber.

---

[1] Mr. Ray asserts that this Court retains jurisdiction to grant him relief. Although the denial of his stay—and dismissal of his Establishment Clause claim—are on appeal, there is a pending Amended Complaint before this Court.

1

Mr. Ray is being deprived of access to a Q'uran while in the death watch cell. He respectfully requests that this Court issue an order requiring Commissioner Dunn to provide him with access to a Q'uran immediately. In support of this Motion, undersigned counsel states:

1. At approximately 4:30 p.m. CST, on February 6, 2019, Mr. Ray called undersigned counsel from the death watch cell.

2. Mr. Ray recounted that he had spent the night of February 5, 2019, in the death watch cell, and will spend the night of February 6, 2019 there.

3. Undersigned counsel asked Mr. Ray which of his belongings he had been permitted to take to the death watch cell.[2]

4. Mr. Ray responded that he had only been able to take his prayer rug, and that, when he showers, he is permitted to have toiletries, which must be returned to corrections officials.

5. Undersigned counsel asked whether he had his Q'uran. Mr. Ray replied that he did not.

6. Mr. Ray has been deprived of access to the central and most important text of his religion during what are likely to be his last two nights on Earth.

---

[2] From past experience, undersigned counsel was aware that the Alabama Department of Corrections limits the items that can be taken to the death watch cell. Prior to the April 2018 execution of Walter Leroy Moody, Mr. Moody told undersigned counsel that he had only been permitted to take one box of belongings to the death watch cell.

7. Although the serious violation that has occurred cannot be undone, he would like access to a Q'uran as soon as possible.

8. Mr. Ray asserts that denial of access to a copy of the Q'uran is a substantial burden of his free exercise, in violation of both RLUIPA and the First Amendment.[3]

9. Mr. Ray maintains that, even assuming a compelling governmental interest in preventing him from having access to his personal Q'uran while awaiting his execution, denying him any copy of the Q'uran at all is not narrowly-tailored to achieve this interest.

10. A less-restrictive alternative would be to loan Mr. Ray an institutional copy of the Q'uran.

11. The harm Mr. Ray has already suffered is irreparable, and he will continue to suffer irreparable harm until he is given relief.

For the foregoing reasons, Mr. Ray respectfully requests that this Court issue an order requiring Commissioner Dunn and the Alabama Department of Corrections to provide Mr. Ray with a copy of the Q'uran immediately.

Respectfully submitted this 6th day of February, 2019.

                                             **/s/ Spencer J. Hahn**
                                             SPENCER J. HAHN
                                             OREGON BAR NO. 043027

---

[3] Commissioner Dunn appears to recognize the importance of the Q'uran to Mr. Ray's free exercise, as in his Motion to the Supreme Court, he noted that Mr. "Ray may meet with his imam in the holding cell immediately prior to his execution. He may have a Koran and pray *at that time*." (Mot. at 13 n.30) (emphasis added).

**/s/ John Anthony Palombi**
JOHN ANTHONY PALOMBI
KENTUCKY BAR NO. 86784
ASSISTANT FEDERAL DEFENDERS
FEDERAL DEFENDERS FOR THE
  MIDDLE DISTRICT OF ALABAMA
817 SOUTH COURT STREET
MONTGOMERY, ALABAMA 36104
(334) 834-2099
Spencer_Hahn@fd.org
John_Palombi@fd.org

*Counsel for Mr. Ray*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Spencer J. Hahn
