IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOMINEQUE HAKIM MARCELLE RAY, ) ) ) Plaintiff, ) ) v. ) ) JEFFERSON DUNN, Commissioner, ) Alabama Department of Corrections, ) ) Defendant. ) | CASE NO. 2:19-CV-88-WKW |

## ORDER

On consideration of Plaintiff's Motion to Withdraw, as moot, his Emergency Motion for Injunctive Relief (Access to a Q'uran While in the Death Watch Cell) (Doc. # 35), it is ORDERED that the motion to withdraw (Doc. # 35) is GRANTED and that the emergency motion for injunctive relief (Doc. # 34) is DENIED as moot.

DONE this 7th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE